UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIGITTE STELZER<br><br>                    Plaintiff,<br><br>   - against -<br><br>ELECTRONIC INTERFACE ASSOCIATES, INC.<br><br>                    Defendant. | Docket No. 1:22-cv-05234-EK-JRC |

**DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S
REQUEST FOR ENTRY OF DEFAULT PURSUANT TO FED.R.CIV. 55(a)**

I, JAMES H. FREEMAN, declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge.

1. I am counsel for Plaintiff Brigitte Stelzer ("Plaintiff").

2. I submit this Declaration in support of Plaintiff's request for the Clerk's entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Fed.R.Civ.P. 55(a).

3. Defendant Electronic Interface Associates, Inc. ("Defendant") is not an infant, in the military or an incompetent person.

4. Defendant's answer or response to the Complaint was due on October 7, 2022. Defendant has failed to plead or otherwise defend the action.

5. As per the Affidavit of Service, filed on September 16, 2022 [Dkt. No. 7], the pleading to which no response has been made was properly served.

Dated: October 24, 2022
Uniondale, NY

**/s/jameshfreeman/**
Sanders Law Group
333 Earl Ovington Blvd. #402
Uniondale, NY 11553
516-203-7600
jfreeman@sanderslaw.group

*Attorneys for Plaintiff*