UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIGITTE STELZER<br><br>Plaintiff,<br><br>- against -<br><br>ELECTRONIC INTERFACE ASSOCIATES, INC.<br><br>Defendant. | Docket No. 1:22-cv-05234-EK-JRC |

**CLERK'S CERTIFICATE OF DEFAULT**

I, BRENNA B. MAHONEY, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that this action was commenced on September 1, 2022 with the filing of a summons and complaint. On September 7, 2022, a copy of the summons and complaint was served on defendant Electronic Interface Associates, Inc. ("Defendant") by personally serving Nancy Dougherty, a clerk in the office of the Secretary of State, State of New York. Proof of service was therefore filed on September 16, 2022. I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated:_____, 2022

Brooklyn, NY                                   BRENNA B. MAHONEY

_____
                                               Clerk of Court